**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1665**

_____

MATTHEW A. TOMPULIS,

        Plaintiff - Appellant,

    v.

HSBC FINANCE CORPORATION,

        Defendant – Appellee,

    and

HSBC; HSBC CONSUMER LENDING; HSBC NORTH AMERICA HOLDING, INC.,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:08-cv-00629-RAJ-DEM)

_____

Submitted:  October 18, 2011     Decided:  December 15, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Matthew A. Tompulis, Appellant Pro Se.  William McCardell Furr, Bryan C. R. Skeen, WILLCOX & SAVAGE, PC, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew A. Tompulis appeals the district court's orders setting aside the entry of default against HSBC and granting Appellee's motion to dismiss. We have reviewed the record and find no reversible error.[*] Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Tompulis v. HSBC Fin. Corp., No. 2:08-cv-00629-RAJ-DEM (E.D. Va. Dec. 9, 2009, & May 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent that Tompulis's submissions on appeal are also construed to challenge the district court's denial of Tompulis's motion for default judgment against HSBC, we likewise discern no reversible error.

2